UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 09-21390-CIV-GOLD/WHITE

JEFFREY H. DANIEL,

    Plaintiff,

v.

OFFICER HUMPHREY, ET AL.,

    Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT [DE 7];
DISMISSING COMPLAINT [DE 1]; CLOSING CASE

THIS CAUSE is before the Court upon Magistrate Judge Patrick A. White's Report of Magistrate Judge [DE 7] ("Report"), filed August 4, 2009, recommending dismissal of Plaintiff's civil rights complaint. Plaintiff is proceeding *in forma pauperis*, and upon initial screening under 28 U.S.C. § 1915, Magistrate Judge White concluded that Plaintiff has failed to state a claim. Further, even if Plaintiff could state a claim, Magistrate Judge White concluded that Plaintiff's claim is barred by the four-year statute of limitations. No objections to the Report have been filed, and the time for doing so has passed. Accordingly, it is hereby

    ORDERED AND ADJUDGED:

    1.    The Report of Magistrate Judge [DE 7] is AFFIRMED AND ADOPTED.

    2.    Plaintiff's Complaint [DE 1] is DISMISSED.

    3.    This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of September, 2009.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
Magistrate Judge Patrick A. White
All Counsel and Parties of Record